(Pleito No. 75.—Fallado el 21 de Agosto de 1900.)

## Caso contra Schoming.

Recurso contra sentencia dictada por el Tribunal de Distrito de San Juan.

### AUTO.

Se declaró desierto el recurso de acuerdo con lo preceptuado en el artículo 1,714 de la Ley de Enjuiciamiento Civil, por no haberse personado las partes.